IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

                                               *

Brenda L. Austin,                       *    Chapter 13 Case No.  12-30594
xxx-xx-9179                           *
                                                 *
                         Debtor(s)

## OBJECTION TO CLAIM

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION

Comes the debtor, by and through counsel, and objects to the following claim:

| | |
|---|---|
| Claimant: | American InfoSource, LP, agent for Check N Go |
| Claim Number | 0013 |
| Date Filed | July 12, 2012 |
| Claim Amount | $2,096.67 |

That said creditor has failed to attach sufficient written documentation of the debt, as required by Rule 3001, F.R.Bk.P.  Without sufficient documentation, Debtor is unable to evaluate the amount and ownership of said claim, determine application of applicable statutes of limitation, or verify accuracy of Truth-In-Lending disclosures.

Until such time as claimant  can provide adequate documentation of: a connection to the Debtor(s), including support for its assertion that it is the real party in interest; a detailed explanation of how the alleged amount owed was calculated; relevant dates germaine to assess applicable statutes of limitation; and disclosures required by the Truth-In-Lending Act;  this claim should be deemed improper and should be disallowed.

On information and belief, the APR charged in this Consumer Credit Transaction is 249.20 %. Said interest rate makes said Consumer Credit Contract unconscionable, Code of Alabama Section 5-19-16, is unenforceable, and said claim is due to be disallowed.

On information and belief, said Consumer Credit Transaction violates the Truth-In-Lending Act, 15 U.S.C. Section 1601, et seq, entitling debtor to recoup statutory damages against the claim filed herein.

WHEREFORE, debtor prays that this Court will enter an order disallowing the above mentioned claim.

Dated:  September 13, 2012

/s/ Earl Gillian, Jr.

_____

Earl Gillian, Jr. ASB-9586-172E
Attorney for Debtor
Suite 1000 Bell Building
207 Montgomery Street
Montgomery, Alabama 36104
(334) 263-2306
Fax (334) 263-9133
Egillian@bellsouth.net


Certificate of Service

I hereby certify that on this date I have served a copy of the foregoing objection to claim and Notice of Electronic filing as follows:

By CM/ECF:

    Curtis C. Reding, Trustee

by first class mail, postage prepaid:


    American InfoSource, LP
    P.O. Box 248838
    Oklahoma City, OK 73124-8838


Dated:  September 13, 2012

/s/ Earl Gillian, Jr.

_____