FILED

OCT 04 2012

U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

IN RE:     BRENDA L AUSTIN

                    Debtor(s)

Case No.  12-30594
Chapter 13

NOTICE OF FILING OF AMENDED PROOF OF CLAIM TO
DEBTOR'S OBJECTION TO CREDITOR'S CLAIM #13

COMES NOW, Check N Go by American InfoSource L.P., as its agent to notify the court to its Amended Proof of Claim and states as follows:

1.     An amended claim with additional documentation has been filed electronically.

Respectfully submitted,

Check N Go by American InfoSource L.P., as its agent

Karla Sutherland
Blake Hogan
American InfoSource L.P.
4515 N Santa Fe Ave
Oklahoma City, OK 73118
(877) 893-8820
Authorized Agent for Creditor

DATED this _27_ day of September, 2012

## CERTIFICATE OF SERVICE

I, Candace Murray, Authorized Agent for Creditor, state that on 21 September 2012, I electronically filed the amended claim with the United States Bankruptcy Court for the Middle District of Alabama using the CM/ECF System. I certify that I have mailed by first class mail, postage prepaid, the Notice of Filing of Amended Proof of Claim to Debtor's Objection to Creditor's Claim #13 to the following:

Curtis C Reding
P O Box 173
Montgomery, AL 36101

Earl Gillian Jr
Suite 1000 Bell Bldg 10th Floor
207 Montgomery St
Montgomery, AL 36104

United States Bankruptcy Court
Attn: Office of the Clerk
One Church Street, Room D
Montgomery, AL 36104

Candace Murray
Paralegal
American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118
(877) 893-8820