# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  Case No. 12-30594-DHW
 Chapter 13
BRENDA L. AUSTIN,

    Debtor.

## ORDER ALLOWING WITHDRAWAL

Upon the request of the debtor to withdraw the objection to the claim of American InfoSource LP, it is

ORDERED that the objection is WITHDRAWN.

Done this 24 day of October, 2012.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Earl Gillian, Jr., Attorney for Debtor
   American Info Source LP, Creditor
   Curtis C. Reding, Trustee